THEODORE M. GIBBONS, JR., as Ancillary Committee of the Property of CHARLES L. SCHWARTZ, an Incompetent Person, Appellant and Respondent, v. MARGARET F. SCHWARTZ, Respondent and Appellant.

Submitted March 12, 1942; decided April 30, 1942.

*Richard I. Weiser* for plaintiff, appellant and respondent.

*S. Arthur Glixon* and *Herman Scheckner* for defendant, respondent and appellant.

On plaintiff's appeal: Appeal dismissed, with costs, on the ground that section 588, subdivision 2, of the Civil Practice Act does not authorize an appeal to this court by a party in whose favor the Appellate Division has reversed a judgment and ordered a new trial.

On defendant's appeal: Order affirmed and judgment absolute ordered against the defendant-appellant upon the second cause of action in accordance with the stipulation, with costs in all courts, unless the defendant-appellant within ten days withdraws her appeal and stipulates to waive costs upon the plaintiff's appeal. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.